Submitted on appellant's brief December 8, affirmed December 27, 1971, petition for rehearing denied January 26, petition for review denied March 8, 1972

STATE OF OREGON, *Respondent, v.*
RAYMOND J. SEEBACH, No. 13-912, *Appellant.*
491 P2d 640

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).